DANIEL J. CRAVENS (SBN 207859)
CRAVENS & ASSOCIATES
516 W. Shaw Avenue, Suite 200
Fresno, CA 93704
Telephone: 559.421.9380
Facsimile: 855.273.3797

Yosef Peretz (SBN 209288)
yperetz@peretzlaw.com
Sumy Kim (SBN 290082)
skim@peretzlaw.com
PERETZ & ASSOCIATES
22 Battery Street, Suite 200
San Francisco, CA 94111
Telephone: (415) 732-3777
Facsimile: (415) 732-3791

Attorneys for Plaintiff KIMBERLY SUE BIRD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT

| | |
|---|---|
| KIMBERLY SUE BIRD,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK., a California Corporation, and Does I-XX, inclusive<br><br>Defendants. | Civil Case No. 1:16-CV-01130-DAD-EPG<br><br>**STIPULATION TO CONTINUE MOTION TO COMPEL HEARING AND REQUEST TO EXPAND PAGE LENGTH OF JOINT REPORT; ORDER THEREON**<br><br>**Date:** May 26, 2017<br>**Time:** 10:00 a.m.<br>**Courtoom: 10** |

WHEREAS on April 28, 2017 Plaintiff Kimberly Sue Bird ("Bird") noticed her motion to compel discovery and for sanctions for hearing on May 26, 2017 at 10 a.m. (ECF 30);

WHEREAS the Plaintiff's motion addresses multiple issues including Plaintiff's contention that Defendant has failed to comply with the Court's March 31, 2017 discovery order in several particulars; failed to perform an adequate search of ESI; and failed to provide appropriate FRCP 30(b)(6) witnesses and testimony;

WHEREAS the FRCP 30(b)(6) deposition that forms the basis of a portion of Plaintiff's contentions was held on May 15, 2017;

WHEREAS the parties agree in order to provide both parties with adequate time to prepare its response to Plaintiff's contentions concerning Defendant's 30(b)(6) deposition, that the (1) Plaintiff will provide Defendant with a draft of her portion of the Joint Statement on May 19, 2017; (2) Defendant will provide Plaintiff with a draft of its position on May 25, 2017; (3) the deadline for filing the joint statement be continued until May 26, 2017; (4) the hearing on Plaintiff's motion to compel and for sanctions be continued until June 1, 2017 at 10 a.m. in Courtroom 10.

WHEREAS the parties request that the page length of the joint statement be extended to 30 pp. in order to accommodate the high number of issues addressed in the motion.

Dated: May 17, 2017            CRAVENS & ASSOCIATES

                               By: __/s/ Daniel J. Cravens_____
                               Attorneys for Plaintiff
                               KIMBERLY SUE BIRD


Dated:                         SHEPPARD MULLIN RICHTER & HAMPTON LLP


                               By: ___/s/ Hilary Habib_____
                               Attorneys for Defendant
                               WELLS FARGO BANK


IT IS SO ORDERED.

    Dated:  **May 18, 2017**            /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE