1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   THOMAS R. KAUFMAN, Cal. Bar No. 177936
3  tkaufman@sheppardmullin.com
   1901 Avenue of the Stars, Suite 1600
4  Los Angeles, California 90067-6055
   Telephone:    310.228.3700
5  Facsimile:    310.228.3701

6  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
7    Including Professional Corporations
   MARLENE M. NICOLAS, Cal. Bar No. 245298
8  mnicolas@sheppardmullin.com
   HILARY A. HABIB, Cal. Bar No. 293431
9  hhabib@sheppardmullin.com
   333 S. Hope Street, 43rd Floor
10 Los Angeles, California 90071
   Telephone:    213.620-1780
11 Facsimile:    213.620.1398
   Attorneys for Defendant
12 WELLS FARGO BANK, N.A.,

13

14                    UNITED STATES DISTRICT COURT

15                          EASTERN DISTRICT

16 | KIMBERLY SUE BIRD,                          | Case No. 1:16-CV-01130-DAD-EPG

17 |          Plaintiff,                         | Assigned to the Honorable Dale A. Drozd
18 |     v.                                      | Courtroom 5

19 | WELLS FARGO BANK. N.A, a California         | **ORDER RE STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**
   | Corporation, and Does I-XX, inclusive
20
   |          Defendants.
21

22                                                Complaint Filed: March 4, 2016
                                                  FAC Filed July 7, 2017
23

24

25

26

27

28

# **ORDER**

Having considered the parties' Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that Defendant Wells Fargo Bank, N.A.'s response to Plaintiff Kimberly Sue Bird's First Amended Complaint is due by July 31, 2017.

IT IS SO ORDERED.

Dated: **July 20, 2017**        /s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE