1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   THOMAS R. KAUFMAN, Cal. Bar No. 177936
3  tkaufman@sheppardmullin.com
   1901 Avenue of the Stars, Suite 1600
4  Los Angeles, California 90067-6055
   Telephone:  310.228.3700
5  Facsimile:  310.228.3701

6  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
7    Including Professional Corporations
   MARLENE M. NICOLAS, Cal. Bar No. 245298
8  mnicolas@sheppardmullin.com
   HILARY A. HABIB, Cal. Bar No. 293431
9  hhabib@sheppardmullin.com
   333 S. Hope Street, 43rd Floor
10 Los Angeles, California 90071
   Telephone:  213.620-1780
11 Facsimile:  213.620.1398
   Attorneys for Defendant
12 WELLS FARGO BANK, N.A.

13                UNITED STATES DISTRICT COURT

14                      EASTERN DISTRICT

15

16 | KIMBERLY SUE BIRD, | Case No. 1:16-CV-01130-DAD-EPG
   |                    | Assigned to the Honorable Dale A. Drozd
17 | Plaintiff,         |
   |                    | Courtroom 5
18 | v.                 |
   |                    | **NOTICE OF COMPLIANCE WITH**
19 | WELLS FARGO BANK., a California | **THE COURT'S JUNE 15, 2017 ORDER**
   | Corporation, and Does I-XX, inclusive |
20 |                    | Complaint Filed: March 4, 2016
   | Defendants.        | FAC Filed:       July 7, 2017
21 |                    | Trial Date:      May 15, 2018

Pursuant to the Court's order on June 15, 2017 (Dk. 46), Defendant Wells Fargo Bank, N.A. ("Wells Fargo") provides the following notice of compliance:

1. On July 5, 2017, Defendant produced 52 Policyworks compromised data incidents reports coded the same as Plaintiff's report pursuant to the Court's order. (Dkt. 46 at 7:1-2.) This data included all reports coded the same as Plaintiff's regardless of the time frame at issue and the business entity affected.

2. Pursuant to the Court's order on the scope of discovery, Defendant conducted a reasonable search in its HRHD database to locate employees who were deemed to have violated Wells Fargo's Information Security Policy from May 6, 2012 until May 6, 2015. (Dkt. 46 at 6:21-23.) Defendant provided Plaintiff with demographic data for the employees involved in these violations and also advised whether the employee was terminated as a result of the violation. Based on the findings from that reasonable search, Defendant cross-referenced the HRHD data against its Policyworks database containing compromised data incidents and conducted a reasonable search for incident reports corresponding to the HRHD data. Defendant then produced the Policyworks data located as a result of this reasonable search subject to redactions of private and privileged information. This data was produced on July 25, 2017 and July 27, 2017.

3. On July 26, 2017, Plaintiff alerted Defendant that there were several columns missing from the July 5, 2017 data it provided. Defendant immediately looked into this issue and found that some columns were inadvertently omitted when the July 5, 2017 data was extracted. Defendant corrected the error and reproduced the 52 reports on July 27, 2017.

4. At the Court's July 5, 2017 hearing, it retracted its prior order regarding "a sworn statement regarding the total number of records in the Policyworks database falling under each category in the Policyworks database, including each category identified under Category Levels 1, 2, and 3 from May 6, 2012 until May 6, 2015," pursuant

1  to Plaintiff's request.  (See Dkt. 46 at 7:3-8).  Thus, Defendant was no longer ordered to provide a sworn statement and did not do so.

As set forth above, Defendant contends that it has fully complied with the Court's discovery orders as set forth in its June 15, 2017 order and the Court's subsequent amendment to the order at the July 5, 2017 hearing.

Dated:  August 8, 2017        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ Hilary A. Habib*
THOMAS R. KAUFMAN
MARLENE M. NICOLAS
HILARY A. HABIB

Attorneys for Defendant
WELLS FARGO BANK, N.A.

-2-
SMRH:483687638.1                              DEFENDANT'S NOTICE OF COMPLIANCE