SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
THOMAS R. KAUFMAN, Cal. Bar No. 177936
tkaufman@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  310.228.3700
Facsimile:  310.228.3701

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MARLENE M. NICOLAS, Cal. Bar No. 245298
mnicolas@sheppardmullin.com
HILARY A. HABIB, Cal. Bar No. 293431
hhabib@sheppardmullin.com
333 S. Hope Street, 43rd Floor
Los Angeles, California 90071
Telephone:  213.620-1780
Facsimile:  213.620.1398
Attorneys for Defendant
WELLS FARGO BANK, N.A.,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| KIMBERLY SUE BIRD,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK. N.A, a California Corporation, and Does I-XX, inclusive<br><br>Defendants. | Case No. 1:16-CV-01130-DAD-EPG<br><br>Assigned to the Honorable Dale A. Drozd<br>Courtroom 5<br><br>**ORDER RE DEFENDANT'S UNOPPOSED REQUEST FOR EXTENSION TO CERTAIN DATES SET AT THE AUGUST 9, 2017 HEARING IN RELATION TO COMPARATOR DATA**<br><br><br>Complaint Filed: March 4, 2016<br>FAC Filed July 7, 2017 |

## ORDER

Having considered Defendant's request for an extension, and good cause appearing, IT IS HEREBY ORDERED that:

- Defendant produce the age, gender, termination status, and whether the individual was a Wells Fargo, N.A. employee for the 40 individuals in the joint statement by August 25, 2017.
- Plaintiff will inform Defendant of the up to ten employees she seeks to depose by August 31, 2017.
- For the up to ten employees Plaintiff selects to depose, Defendant must provide the following information by 12:00 pm on September 5, 2017: last known city and state, current employment status, name, incident risk classification of the Policyworks incident, and discipline level received as a result of the Policyworks incident.

IT IS SO ORDERED.

Dated: **August 16, 2017**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

-2-