SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MARLENE M. NICOLAS, Cal. Bar No. 245298
mnicolas@sheppardmullin.com
HILARY A. HABIB, Cal. Bar No. 293431
hhabib@sheppardmullin.com
333 S. Hope Street, 43rd Floor
Los Angeles, California 90071
Telephone: 213.620-1780
Facsimile: 213.620.1398

Attorneys for Defendant WELLS FARGO BANK, N.A.

DANIEL J. CRAVENS (SBN 207859)
CRAVENS & ASSOCIATES
516 W. Shaw Avenue, Suite 200
Fresno, CA 93704
Telephone: 559.421.9380
Facsimile: 855.273.3797

Yosef Peretz (SBN 209288)
yperetz@peretzlaw.com
Sumy Kim (SBN 290082)
skim@peretzlaw.com
PERETZ & ASSOCIATES
22 Battery Street, Suite 200
San Francisco, CA 94111
Telephone: (415) 732-3777
Facsimile: (415) 732-3791

Attorneys for Plaintiff KIMBERLY SUE BIRD

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT**

| | |
|---|---|
| KIMBERLY SUE BIRD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK., a California Corporation, and Does I-XX, inclusive<br><br>　　　　Defendants. | Civil Case No. 1:16-CV-01130-DAD-EPG<br><br>**STIPULATION TO CONTINUE FURTHER MANDATORY SETTLEMENT CONFERENCE TO NOVEMBER 3, 2017 AT 10:00 AM; ORDER**<br><br>**(Doc. 85)** |

| | |
|---|---|
| 1 | WHEREAS on September 13, 2017, The Honorable Shelia K. Oberto held a telephonic conference with counsel for the parties and thereafter set a Further Mandatory Settlement Conference for October 18, 2017 at 11:00 A.M. (ECF 80);

WHEREAS Defendant's representative Crystal Silva, Esq., who is intimately involved in this case, attended the initial Mandatory Settlement Conference, and is necessary for effective discussion at the Further Mandatory Settlement Conference, is unavailable on October 18, 2017 because she must attend mediation on that same day in another matter in San Francisco;

WHEREAS Ms. Silva's San Francisco mediation was scheduled before Judge Oberto issued her order on September 13, 2017;

WHEREAS Ms. Silva has made reasonable attempts to make herself available on October 18, 2017, but ultimately cannot do so;

WHEREAS Defendant's counsel and Plaintiff's counsel met and conferred on this issue and given the importance of Ms. Siva's attendance, agreed to request a continuance of the Further Mandatory Settlement Conference to an alternative date that will work for all Parties, counsel, and the Court;

WHEREAS the Defendant's counsel confirmed with Judge Oberto's Clerk that Judge Oberto is available to conduct the Further Mandatory Settlement Conference on November 3, 2017 at 10:00 A.M.;

WHEREAS the Parties and their counsel are available to attend the Further Mandatory Settlement Conference on November 3, 2017 at 10:00 A.M.;

WHEREAS the Parties have continued to meet and confer on a possible informal resolution of this matter since the initial Mandatory Settlement Conference; and,

WHEREAS, this Stipulation is made in good faith and is not made to delay these proceedings or for any other improper purpose.

**THEREFORE**, the Parties hereby stipulate and agree as follows:

1. That the Further Mandatory Settlement Conference, currently scheduled to commence on October 18, 2017 at 11:00 A.M, be continued to November 3, 2017 at 10:00 A.M. |

2. That the deadline for the Parties submission of confidential settlement conference briefs be continued to October 27, 2017.

Dated: October 16, 2017    CRAVENS & ASSOCIATES

By: /s/ Daniel J. Cravens
    Daniel J. Cravens
    Attorneys for Plaintiff
    KIMBERLY SUE BIRD

Dated: October 16, 2017    PERETZ & ASSOCIATES

By: /s/ Yosef Peretz
    Yosef Peretz
    Attorneys for Plaintiff
    KIMBERLY SUE BIRD

Dated: October 16, 2017    SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: /s/ Hilary A. Habib    .
    Hilary A. Habib
    Attorneys for Defendant
    WELLS FARGO BANK

Counsel for Plaintiff have authorized submission of this document on Plaintiff's counsel's behalf.

**ORDER**

Good cause appearing on the parties' above stipulation (Doc. 85), it is hereby ORDERED that the parties' further settlement conference in this matter, currently set for October 18, 2017, is hereby CONTINUED to **November 3, 2017, at 10:00 a.m. in Courtroom 7 before the Honorable Sheila K. Oberto.**

IT IS SO ORDERED.

Dated:  **October 16, 2017**    /s/ *Sheila K. Oberto*
    UNITED STATES MAGISTRATE JUDGE