UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY SUE BIRD,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO BANK,<br><br>　　　　　Defendant. | Case No. 1:16-cv-01130-DAD-EPG<br><br>ORDER DIRECTING CLERK TO CLOSE CASE<br><br>(ECF No. 99) |

On December 12, 2017, the parties filed a stipulation to dismiss this action with prejudice. (ECF No. 99.) All parties have agreed to the dismissal. *Id.* In light of the stipulation, the case has ended and is dismissed with prejudice and with fees and costs to be addressed pursuant to the parties' private agreement. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

　Dated: __**December 13, 2017**__　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1